DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE ALFREDO LEYVA-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-00440 OWW |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. ) | |
| JOSE ALFREDO LEYVA-HERNANDEZ, ) | Date: April 18, 2006 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorney of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for April 4, 2006, may be continued to **April 18, 2006 at 9:00 a.m.**

The continuance sought is at the request of defense counsel to allow her client additional time to consider a plea offer.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea

///

///

///

///

///

1  negotiations pursuant to 18 U.S.C. §3161(h)(8)(A).

2  DATED:  March 21, 2006          McGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ Marianne A. Pansa
                                   MARIANNE A. PANSA
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

   DATED:  March 21, 2005          DANIEL J. BRODERICK
                                   Acting Federal Defender

                                   /s/ Carrie S. Leonetti
                                   CARRIE S. LEONETTI
                                   Assistant Federal Defender
                                   Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

**Dated:   March 23, 2006**          **/s/ Oliver W. Wanger**
emm0d6                               UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing          2