DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE ALFREDO LEYVA-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-00440 OWW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND PROPOSED |
| v. ) | ORDER THEREON |
| ) | |
| JOSE ALFREDO LEYVA-HERNANDEZ, ) | Date: April 25, 2006 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Oliver W. Wanger |
| ) | |
| _____ ) | |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorney of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for April 18, 2006, may be continued to **April 25, 2006 at 9:00 a.m.**

　　　　The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for additional defense

///
///
///
///
///
///
///

1 | preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

2 | DATED:  March  27, 2006         McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Marianne A. Pansa
                                    MARIANNE A. PANSA
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


DATED:  March 27, 2005              DANIEL J. BRODERICK
                                    Acting Federal Defender


                                    /s/ Carrie S. Leonetti
                                    CARRIE S. LEONETTI
                                    Assistant Federal Defender
                                    Attorney for Defendant


**O R D E R**

IT IS SO ORDERED.

**Dated:   March 28, 2006**            **/s/ Oliver W. Wanger**
emm0d6                              UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing        2